167 So. 334

## Will SLAUGHTER v. STATE.

### 4 Div. 881.

Supreme Court of Alabama.

April 9, 1936.

Winn & Winn, of Clayton, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

None of the questions argued by petitioner are treated by the Court of Appeals in their opinion. On certiorari we do not rehear the cause as did the Court of Appeals, but only review the matters discussed by them. City of Birmingham v. Norwood, 220 Ala. 497, 126 So. 619; Messer v. State, 221 Ala. 379, 129 So. 97; Waldrop v. State, 223 Ala. 413, 136 So. 736.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.